Veronica Arechederra Hall, Bar No. 5855
veronica.hall@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA BROWN,<br><br>         Plaintiff,<br><br>    v.<br><br>PARBALL CORPORATION dba BALLY'S RESORT & CASNIO; EMPLOYEE(S)/AGENT(S), DOES 1-10; and ROE CORPORATIONS 11-20, inclusive;<br><br>         Defendants. | Case No. 2:13-cv-01592-JAD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff PARBALL CORPORATION dba BALLY'S RESORT & CASINO ("Defendant"), through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Further, this Court shall retain jurisdiction over any disputes arising out of the out-of-court resolution of this matter.

Dated: December 19, 2013

Dated: December 18, 2013

_____
Veronica Arechederra Hall
Jackson Lewis, LLP
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, NV 89169

Attorneys for Defendant

_____
Christian Gabroy
Gabroy Law Offices
170 S. Green Valley Parkway, Suite 280
Henderson, NV 89012

Attorneys for Plaintiff

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter is dismissed with prejudice, each party to bear its own attorneys' fees and costs. This Court shall retain jurisdiction over any disputes arising out of the out-of-court resolution of this matter.

**IT IS SO ORDERED.**

Dated: December 20, 2013.

_____
UNITED STATES DISTRICT JUDGE

4841-6482-7926, v. 1